**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**UNITED STATES OF AMERICA**                                                                                               **PLAINTIFF**

**v.**                                    **Case No. 4:18-cr-00315 KGB**

**BILLY DEWAYNE FURLOW**                                                                                               **DEFENDANT**

**ORDER**

Pending before the Court are defendant Billy Dewayne Furlow's motion to suppress evidence (Dkt. No. 25), motion for order on suppression motion (Dkt. No. 30), and the government's motion for leave to file response to defendant's motion to suppress out of time (Dkt. No. 31). Mr. Furlow appeared before this Court with his attorney Assistant Federal Public Defender J. Blake Byrd on July 9, 2020, for a change of plea hearing (Dkt. No. 36). The government was represented by Assistant United States Attorney Edward Walker. Mr. Furlow plead guilty to possession of methamphetamine (actual) with the intent to distribute as set forth in count two of the indictment (Dkt. No. 37, ¶ 1). The remaining counts were dismissed upon motion of the government. As part of that plea agreement, Mr. Furlow specifically waived any and all challenges to the searches, seizures, arrests, statements, and forfeitures that had taken place as of the date of Mr. Furlow's execution of the plea agreement in the investigation by any entity, in any forum where the offense could be pursued and/or forfeiture sought (Dkt. No. 37, ¶ 5.E.). Therefore, the Court denies as moot the pending motions (Dkt. Nos. 25, 30, 31)

It is so ordered this 13th day of July, 2020.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge